IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| SANDRA TUCKER DUCKWORTH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. _____ |
| | ) |
| YELLOW SOCIAL | ) |
| INTERACTIVE, LTD. | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yellow Social Interactive Limited (Gibraltar Company – Reg. No. 119215) is owned by Goldmist Enterprises Limited (Gibraltar Company – Reg. No. 122367) and Damian Sokol, an individual.

1

DM1\14809124.1
31586_00/23001/NLK-4879-8020-9559_2
Case 4:23-cv-00058-CLC-SKL   Document 2   Filed 12/13/23   Page 1 of 3   PageID #: 30

Dated: December 13, 2023

Respectfully Submitted,

*s/ Nathan L. Kinard*
Nathan L. Kinard, TN Bar No. 035721
Anthony A. ("Bud") Jackson, TN Bar No. 014364
**CHAMBLISS, BAHNER & STOPHEL, P.C.**
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
Phone: (423) 757-0203
Fax: (423) 508-1203
bjackson@chamblisslaw.com
nkinard@chamblisslaw.com

**DUANE MORRIS LLP**
William M. Gantz (*pro hac vice* application to follow)
100 High Street, Suite 2400
Boston, MA 02110
Phone: 857-488-4234
Email: bgantz@duanemorris.com

*Attorneys for Defendant Yellow Social Interactive, Ltd.*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2023, the foregoing document was served on counsel of record for Plaintiff Sandra Tucker Duckworth, listed below, via email and regular first class mail:

Garth R. Segroves
113 West Moore Street
Tyllahoma, Tennessee 37388
Telephone: 931.393.4366
Fax: 931.259.4466
Garth_segroves@att.net

Jeffrey L. Bowling
BEDFORD, ROGERS & BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256.332.2880
jeffbrbpc@bellsouth.net

D. Frank Davis
John E. Norris
Wesley W. Barnett
Dargan M. Ware
DAVIS & NORRIS, LLP
2154 Highland Avenue S.
Birmingham, AL 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

*Counsel for Plaintiff Sandra Tucker Duckworth*

　　　　　　　　　　　　　　　　　　　　　__s/ Nathan L. Kinard_____

3

DM1\14809124.1
31586_00/23001/NLK-4879-8020-9559_2
Case 4:23-cv-00058-CLC-SKL   Document 2   Filed 12/13/23   Page 3 of 3   PageID #: 32